# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

RESIDENTIAL CREDIT SOLUTIONS, INC., A DELAWARE CORPORATION; AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, A GOVERNMENT SPONSORED ENTERPRISE,

Respondents.

No. 76858

FILED

AUG 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Susan Johnson, District Judge
     Janet Trost, Settlement Judge
     Kim Gilbert Ebron
     Wright, Finlay & Zak, LLP/Las Vegas
     Law Offices of Michael F. Bohn, Ltd.
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-33976